| | |
|---|---|
| 1 | 2 |
| 2 | EDWARD FREIDBERG, SBN 031279 |
|   | PORT PARKER, SBN 179256 |
| 3 | **FREIDBERG & PARKER** |
|   | 601 University Avenue, Suite 274 |
| 4 | Sacramento, California 95825 |
|   | Telephone: (916) 929-9060 |
| 5 | Facsimile: (916) 929-9068 |

ESTELA O. PINO, SBN 112975
DAVID A. HAYNES, SBN 264688
**PINO & ASSOCIATES**
800 Howe Ave. Suite 420
Sacramento, CA 95825
Telephone: (916) 641-2288
Facsimile:(916) 641-1888

Attorneys for Freidberg & Parker, a Law Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:11-CV-02355-JAM |
| CWS ENTERPRISES, INC., | **ORDER APPROVING STIPULATION TO DISMISS APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |
| Debtor. | |
| CWS Enterprises, Inc., by David Flemmer, its Chapter 11 Trustee | |
| Plaintiff, | |
| v. | |
| Freidberg & Parker, A Law Corporation, | |
| Defendant. | |

Having reviewed the Stipulation to Dismiss Appeal to the United States District Court for the Eastern District of California filed by Freidberg & Parker, a Law Corporation, Appellant, and Trustee David Flemmer, Appellee, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The instant appeal, Case No. 2:11-CV-02355-JAM, is dismissed.

**IT IS SO ORDERED.**

DATED: 11/14/2011          /s/ John A. Mendez
                           U.S. District Court Judge

Approved as to form and content:

DATED: November 11, 2011          **DLA PIPER, LLP**


                                  By:  /s/ David A. Cheit
                                       David Cheit,
                                       Attorneys for Appellee