```
 1  2
 2  EDWARD FREIDBERG, SBN 031279
    PORT PARKER, SBN 179256
 3  **FREIDBERG & PARKER**
    601 University Avenue, Suite 274
 4  Sacramento, California 95825
    Telephone: (916) 929-9060
 5  Facsimile: (916) 929-9068

 6  ESTELA O. PINO, SBN 112975
    DAVID A. HAYNES, SBN 264688
 7  **PINO & ASSOCIATES**
    800 Howe Ave. Suite 420
 8  Sacramento, CA 95825
    Telephone: (916) 641-2288
 9  Facsimile:(916) 641-1888
10
11  Attorneys for Freidberg & Parker, a Law Corporation
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:11-CV-02355-JAM |
| CWS ENTERPRISES, INC., | **ORDER APPROVING STIPULATION TO DISMISS APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |
| Debtor. | |
| CWS Enterprises, Inc., by David Flemmer, its Chapter 11 Trustee | |
| Plaintiff, | |
| v. | |
| Freidberg & Parker, A Law Corporation, | |
| Defendant. | |

Having reviewed the Stipulation to Dismiss Appeal to the United States District Court for the Eastern District of California filed by Freidberg & Parker, a Law Corporation, Appellant, and Trustee David Flemmer, Appellee, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The instant appeal, Case No. 2:11-CV-02355-JAM, is dismissed.

**IT IS SO ORDERED.**

DATED: 11/14/2011          /s/ John A. Mendez
                           U.S. District Court Judge

Approved as to form and content:

DATED: November 11, 2011          **DLA PIPER, LLP**


By:  /s/ David A. Cheit
     David Cheit,
     Attorneys for Appellee